EDWARD B. GERNHARDT, Respondent, v. THE KNICKERBOCKER ICE Co., INC., and THE KNICKERBOCKER LAUNDRY Co., INC., Appellants.— Action to recover damages for personal injuries, sustained while on duty, by a member of the New York City Fire Department, by reason of the alleged negligence of defendants, resulting in the escape of chlorine gas, kept on certain industrial premises without a permit. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

In the Matter of the Rehabilitation of LAWYERS MORTGAGE COMPANY. In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as No. 8718 Ridge Boulevard, in the Borough of Brooklyn, County of Kings, City and State of New York, Securing Mortgage Investments Issued and Guaranteed by Lawyers Mortgage Company and Designated as Mortgage No. 200643. BROOKLYN TRUST COMPANY, as Trustee under Declaration of Trust Dated November 21st, 1938, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Mortgage Company, LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Successor to the Mortgage Commission of the State of New York under and Pursuant to the Provisions of Chapter 19 of the Laws of 1935 as Amended by Chapter 944 of the Laws of 1939, Respondents.— Order granting application of the liquidator of the Lawyers Mortgage Company to require a trustee of a certain mortgage issue of that company to register in his name a certificate of the issue on a parity with all outstanding certificates and to pay over all sums on account of principal or interest distributable or to become distributable on said certificate affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of EDWIN J. LONG, an Alleged Incompetent Person. EDWIN J. LONG, Appellant; LOLETA A. LONG, Respondent.— Order directing an inquiry into the mental capacity of Edwin J. Long, made upon a petition of Loleta A. Long, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent, against ARTHUR E. ROBERTS and Others, as Trustees of Free School District No. 2, Towns of Cortlandt and Yorktown, New York, Appellants. — In a proceeding instituted pursuant to article 78 of the Civil Practice Act, order directing appellants to audit, allow and cause to be paid to petitioner certain school taxes collected from petitioner during the years 1922 to 1925, inclusive, and thereafter judicially declared to have been levied upon illegal special franchise assessments, and judgment entered thereon for costs allowed by said order, unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P, J., Hagarty, Carswell, Johnston and Adel, JJ.